IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RED CLIFF BAND OF LAKE SUPERIOR
CHIPPEWA INDIANS,

    Plaintiff,

v.

Case No. 18-cv-828-wmc

BAYFIELD COUNTY, WISCONSIN,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Red Cliff Band of Lake Superior Chippewa Indians against defendant Bayfield County, Wisconsin, declaring that enforcement of the County's zoning code on fee simple land held by tribal members within the Red Cliff Band Reservation violates federal Indian law.

Approved as to form this 14th day of January, 2020.

_____
William M. Conley
District Judge

_____      1/14/20
Peter Oppeneer                            Date
Clerk of Court