UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

RED CLIFF BAND OF LAKE SUPERIOR
CHIPPEWA INDIANS,

        Plaintiff,

Case No. 18-cv-828-wmc

v.

BAYFIELD COUNTY, WISCONSIN,

        Defendant.

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendant, Bayfield County, Wisconsin, by its attorneys, Axley Brynelson, LLP, appeals to the United States Court of Appeals for the Seventh Circuit from the final Judgment in a Civil Case entered by this Court on January 14, 2020 (Dkt. 32).

The counsel of record for Defendant on appeal will be Michael J. Modl. Attorney Danielle B. Tierney will also be serving as appellate counsel.

Dated this 13th day of February, 2020.

        AXLEY BRYNELSON, LLP

        s/ *Kristin R. Pierre*
        Michael J. Modl, SBN 1011419
        Kristin Renee Pierre, SBN 1085499
        Attorneys for Defendant Bayfield County
        2 E. Mifflin Street, Suite 200
        Post Office Box 1767
        Madison, WI 53701-1767
        Telephone: (608) 257-5661
        Facsimile: (608) 257-5444
        E-mail: mmodl@axley.com
                kpierre@axley.com