IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RED CLIFF BAND OF LAKE SUPERIOR
CHIPPEWA INDIANS,

       Plaintiff,

       Case No. 18-cv-828-wmc

v.

BAYFIELD COUNTY, WISCONSIN,

       Defendant.

---

### AMENDED JUDGMENT IN A CIVIL CASE

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Red Cliff Band of Lake Superior Chippewa Indians against defendant Bayfield County, Wisconsin, declaring that enforcement of the County's zoning code on fee simple land owned by tribal members within the Red Cliff Band Reservation violates federal Indian law. For purposes of this Amended Judgment, ownership by Tribal members shall mean: Reservation Fee Land owned fifty percent (50%) or more by the Tribe, Tribal members, or Indian-owned entities. Entities that are fifty percent (50%) or more owned by the Tribe or Tribal members are "Indian-owned entities" for purposes of this Amended Judgment.

Approved as to form this 8th day of June, 2020.

_____
William M. Conley
District Judge

_____
Peter Oppeneer
Clerk of Court

6/9/20
Date